JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO RAMOS, | ) | No. CV 22-5131-HDV (JPR) |
| Plaintiff, | ) | **J U D G M E N T** |
| v. | ) | |
| MARTIN O'MALLEY, | ) | |
| Defendant. | ) | |

    For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT Plaintiff's request for an order remanding the case for further Proceedings is DENIED and judgment is entered in the Commissioner's favor.

DATED: 3/12/24

HERNAN D. VERA
U.S. DISTRICT JUDGE